Second Department, June, 1909.          [Vol. 133.

United States Trust Company, as Trustee under the ninth Clause of the Will of John J. Van Nostrand, Deceased, Plaintiff, v. Louisa B. Van Nostrand, Individually and as Trustee, etc., and others, Defendants.— Motion granted, without costs.    Present — Jenks, Burr, Rich and Miller, JJ.

Bjork and Back Construction Company, Respondent, v. Clemente Marro, Appellant.— Judgment of the Municipal Court affirmed, with costs.    No opinion. Hirschberg, P. J., Jenks, Burr, Rich and Miller, JJ., concurred.

Catherine L. Boyer, Respondent, v. Frank W. Boyer, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements.    Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

George D. Campbell, Respondent, v. Patrick F. Campbell and John J. Campbell, Heirs at Law, etc., and John J. Campbell, as Executor, etc., of Patrick Campbell, Deceased, Appellants, Impleaded with Anna Rose Hughes and Edward Hughes, Infants, etc., as Heirs at Law, etc., of Patrick Campbell, Deceased, Respondents.— Judgment and order affirmed, with costs.    No opinion. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

Louis W. Haight, Respondent, v. Alberto de Verastegui, Appellant.— Judgment and order of the County Court of Westchester county affirmed, with costs. No opinion.    Woodward, Jenks, Gaynor, Burr and Miller, JJ., concurred.

Hieronimus A. Herold, Respondent, v. Katharine S. De Valencia, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements.    Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of Edwin B. Meeks, as Sole Surviving Executor of and Trustee under the Last Will and Testament of Joseph W. Meeks, Deceased, Respondent.    Maude E. King and George R. Salisbury, as Special Guardian for Helena Meeks, an Infant, Appellants; Sophia T. Hawkins and Others, Respondents.— Decree of the Surrogate's Court of Suffolk county affirmed, with costs to the respondents payable out of the estate.    No opinion.    Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

James E. Malone, Respondent, v. Fenimore Knitting Mills, Appellant.— Order affirmed on argument, with ten dollars costs and disbursements.    Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

Edwin B. Meeks, as Sole Surviving Trustee, etc., Respondent, v. Edwin B. Meeks, Defendant, and Emma Meeks, Appellant.— Judgment affirmed, with costs.    No opinion.    Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. George H. McVey, Appellant, v. William A. Prendergast, Register of Kings County, Respondent.— Order affirmed on argument, with ten dollars costs and disbursements.    Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The Rockaway Park Improvement Company (Limited), Respondent, v. Andrew Starke, Appellant, Impleaded with Carl Krave and Others, Defendants.    (No. 1.) — Order affirmed on argument, with ten dollars costs and disbursements.    Hirschberg, P. J., Jenks, Gaynor, Burr and Rich, JJ., concurred.

The Rockaway Park Improvement Company (Limited), Respondent, v. Andrew Starke, Appellant, Impleaded with Carl Krave and Others, Defendants.    (No. 2.)